# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CLARENCE ANTONIO AUSTIN,

    Petitioner,

v.

DANE COUNTY JAIL and
WISCONSIN PENAL SYSTEM,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-180-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITHOUT PREJUDICE against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel
**by Deputy Clerk**

4/10/08
_____
**Date**